**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50498 |
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00599-CAS |
| v. | |
| MELIDA FLORES, a.k.a. La Dona, a.k.a. Nancy, a.k.a. Seal L, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Christina A. Snyder, District Judge, Presiding

Submitted February 28, 2012[**]

Before:     LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

Melida Flores appeals from the 108-month sentence imposed following her

guilty-plea conviction for two counts of conspiracy with intent to distribute a

controlled substance, in violation of 21 U.S.C. § 846; and eleven counts of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

possession with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1), and (b)(1)(B)(iii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Flores contends that the district court erred by denying her a minor role adjustment under U.S.S.G. § 3B1.2(b). The district court did not commit clear error by concluding that Flores was not a minor participant. *See United States v. Cantrell*, 433 F.3d 1269, 1282-83 (9th Cir. 2006).

Flores also contends that the district court violated Federal Rule of Criminal Procedure 32(i)(3)(B) because it did not make sufficient findings in support of its conclusion that a minor role adjustment was not warranted. The court's statements were sufficient. *See United States v. Ingham*, 486 F.3d 1068, 1074 (9th Cir. 2007) (Rule 32 findings "need only state the court's resolution of the disputed issue[]") (internal quotation marks and citation omitted).

**AFFIRMED.**